# Order

Michigan Supreme Court
Lansing, Michigan

September 21, 2011

143046

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellant,

v

DAVID MARK COLE,
　　　　　Defendant-Appellee.
_____/

SC: 143046
COA: 298893
Muskegon CC: 09-057782-FH

On order of the Court, the application for leave to appeal the March 15, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether MCR 6.302 requires that a defendant pleading guilty or no contest to first-degree or second-degree criminal sexual conduct must be informed that he or she will be subject to lifetime electronic monitoring if the victim is under 13 years of age and the defendant is sentenced to prison; and (2) whether lifetime electronic monitoring must be included in the terms of a sentence evaluation under *People v Cobbs*, 443 Mich 276 (1993).

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2011

Clerk

y0914